# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:  SORIN 3T | : | MDL DOCKET NO. 2816 |
| HEATER-COOLER SYSTEM | : | Civil Action No. 1:18-MD-2816 |
| PRODUCTS LIABILITY | : | |
| LITIGATION (NO. II) | : | Hon. John E. Jones, III |
| | : | |
| | : | THIS DOCUMENT RELATES TO: |
| | : | **Donrue Talley Brathovd v. Sorin Group USA, Inc., et al., Case No: 1:18-cv-01033-JEJ** |

## STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41

Plaintiff, Donrue Talley Brathovd, hereby voluntarily dismisses this action, with prejudice, as to all Defendants. All parties will bear their own costs.

Dated: September 9, 2019

/s/ Annesley H. DeGaris
Annesley H. DeGaris
DeGaris & Rogers, LLC
Two North Twentieth Street
Suite 1030
Birmingham, AL 35203
Telephone:  205-558-9000
Facsimile:   205-588-5231
adegaris@degarislaw.com

/s/ Jared B. Briant
Jared B. Briant (CO # 35773)
Faegre Baker Daniels LLP
1144 Fifteenth Street, Suite 3400
Denver, CO 80202-2569
Telephone:  303-607-3500
Facsimile:   303-607-3600
jared.briant@faegrebd.com

**Counsel for Plaintiff**

        Linda S. Svitak (MN # 0178500)
Delmar R. Ehrich (MN # 0148660)
Faegre Baker Daniels LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
Telephone:   612-766-7000
Facsimile:    612-766-1600
linda.svitak@faegrebd.com
delmar.ehrich@faegrebd.com

**Counsel for Defendant**

### CERTIFICATE OF SERVICE

I, Margaret Zylstra, hereby certify that on September 9, 2019 the foregoing Stipulation of Voluntary Dismissal was filed and made available to all counsel of record via CM/ECF.

        /s/ Margaret Zylstra